**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01094-CV

### IN THE INTEREST OF R.J.N.W.

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2018-17595**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed December 12, 2018. On January 4, 2019, appellant, B.O., filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.